UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REBECCA DiLORENZO,

Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

Defendant.

Case No. C06-727C

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF REBECCA DiLORENZO , and on behalf of DEFENDANT in the amount of $4,215.60 as follows:

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.   FILING FEE | $350.00 | 0 | $350.00 |
| II.   SERVICE FEES | $662.10 | $165.00 | $497.10 |

Clerk did not allow costs for expedited service fees.

| | | | |
|---|---|---|---|
| III.  DEPOSITION COSTS | $6,304.90 | $3,345.40 | $2,959.50 |

Clerk allowed costs for depositions actually used by either party in support of or in opposition to motion for summary judgement. Costs for video depositions were not allowed.

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| IV. COPY COSTS | $816.89 | $407.89 | $409.00 |

Costs for copying materials directly associated with filing of pleadings will be  allowed. Clerk judged that 50% of what was requested were for the production of necessary copies.

Dated this _____31st_____ day of OCTOBER, 2007 .

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2